UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SUNHONG YIM, individually and on behalf
of all others similarly situated,

                       Plaintiff,

              - against -

CAREY LIMOUSINE NY, INC.,
CAREY INTERNATIONAL, INC.
and DOES 1-100, Inclusive

                    Defendants.
-----------------------------------------------------------X

ORDER

14-CV-5883 (CBA) (JO)

JAMES ORENSTEIN, Magistrate Judge:

       Attorney Wongjun Lee is permitted to argue or try this case in whole or in part as counsel or advocate. By October 29, 2014, Mr. Lee shall register for ECF.   Registration is available online at the EDNY's homepage. Once registered, Mr. Lee shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Mr. Lee shall also ensure that the $25 admission fee be submitted to the Clerk's Office.

       SO ORDERED.

Dated: Brooklyn, New York
       October 22, 2014

                                                                              /s/
                                                 JAMES ORENSTEIN
                                                 U.S. Magistrate Judge