UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SUNHONG YIM, individually and on behalf
of all others similarly situated,
                              Plaintiff,

                           ORDER

       - against -

                         14-CV-5883 (CBA) (JO)

CAREY LIMOUSINE NY, INC. et al.,
                             Defendants.
------------------------------------------------------------X

JAMES ORENSTEIN, Magistrate Judge:

      Attorney Bryan J. Schwartz, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By November 11, 2014, Mr. Schwartz shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Mr. Schwartz shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Mr. Schwartz shall also ensure that the $25 admission fee be submitted to the Clerk's Office.

      SO ORDERED.

Dated: Brooklyn, New York
       November 4, 2014

                                                                _____/s/_____
                                                             JAMES ORENSTEIN
                                                             U.S. Magistrate Judge