UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SUNHONG YIM,

                Plaintiff,

                                          ORDER

      - against -

                                          14-CV-5883 (CBA) (JO)

CAREY LIMOUSINE NY, INC., et al.,

                Defendants.
-----------------------------------------------------------X

JAMES ORENSTEIN, Magistrate Judge:

        The motion is granted. Attorney Sharon A. Lisitzky, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By March 24, 2015, Ms. Lisitzky shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Ms. Lisitzky shall file a notice of appearance and ensure that she receives electronic notification of activity in this case. Ms. Lisitzky shall also ensure that the $150 admission fee be submitted to the Clerk's Office.

        SO ORDERED.

Dated: Brooklyn, New York
       March 17, 2015

                                                                         /s/
                                                      JAMES ORENSTEIN
                                                      U.S. Magistrate Judge