UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SUNHONG YIM,

                Plaintiff,

                                                                        ORDER

      - against -

                                                                        14-CV-5883 (CBA) (JO)

CAREY LIMOUSINE NY, INC., et al.,

                Defendants.
-----------------------------------------------------------X

JAMES ORENSTEIN, Magistrate Judge:

      The motion is granted. Attorney Anne Marie Estevez, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By March 24, 2015, Ms. Estevez shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Ms. Estevez shall file a notice of appearance and ensure that she receives electronic notification of activity in this case. Ms. Estevez shall also ensure that the $150 admission fee be submitted to the Clerk's Office.

      SO ORDERED.

Dated: Brooklyn, New York
       March 17, 2015

                                                                    /s/
                                                      JAMES ORENSTEIN
                                                      U.S. Magistrate Judge