UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
SUNHONG YIM, individually and on behalf of
all others similarly situated, JOSE ACUNA, and
JAIME OLARTE,

                        Plaintiffs,          **ORDER**
                                           14-CV-5883 (WFK) (JO)

       -against-

CAREY LIMOUSINE NY, INC., CAREY
INTERNATIONAL, INC., and JOHN DOES
1-100,

                        Defendants.
---------------------------------------------------------------X

**WILLIAM F. KUNTZ, II, United States District Judge:**

On August 24, 2015, Plaintiffs Sunhong Yim, individually and on behalf of all others similarly situated, Jose Acuna, and Jaime Olarte (collectively, "Plaintiffs") filed a motion for a hearing on an unopposed motion for preliminary approval of a class action settlement (the "Hearing and Motion"). Dkts. 42, 43, 44, 45, 46. The Hearing and Motion are hereby respectfully REFERRED to Magistrate Judge James Orenstein with instructions to hold a hearing and provide a Report and Recommendation on the unopposed motion to the Court.

                                                         **SO ORDERED.**

                                                         s/WFK

                                                    HON. WILLIAM F. KUNTZ, II
                                                    United States District Judge

Dated: August 25, 2015
       Brooklyn, New York