| | | | |
|---|---|---|---|
| UNITED STATES DISTRICT COURT | | CIVIL CONFERENCE | |
| EASTERN DISTRICT OF NEW YORK | | MINUTE ORDER | |
| | | | |
| BEFORE: | JAMES ORENSTEIN | DATE: | 10/2/2015 |
| | U.S. MAGISTRATE JUDGE | TIME: | 9:30 a.m. |

*Sunhong Yim v. Carey Limousine NY, Inc., et al.*
14-CV-5883 (WFK) (JO)

TYPE OF CONFERENCE: Hearing

APPEARANCES: Plaintiffs  Bryan J. Schwartz (counsel); Sunhong Yim, Jaime Olarte, Jose Acuna (clients)

Defendants  Anne-Marie Estevez, Sharon A. Lisitzky

SCHEDULING: The next status conference will be held on November 20, 2015, at 11:30 a.m.

SUMMARY:

1. With the client's consent, I granted counsel's motion to withdraw as counsel of record for plaintiff Yim. Mr. Yim shall seek to engage counsel within 30 days; any attorney representing Mr. Yim must promptly file a notice of appearance and be fully familiar with the case and the docket in advance of the next conference. Pending the appearance of new counsel, I respectfully direct Mr. Schwartz to promptly provide a copy of this minute order and all filings in the case to Mr. Yim.

2. I will defer recommending a disposition of the motion for preliminary approval of the proposed class settlement pending the appearance of Mr. Yim's new counsel (who will have the opportunity to be heard in objection to the proposed settlement if desired) and pending the represented plaintiffs' further submissions in support of the motion. That submission is due by November 2, 2015, and should address any potential conflict of interest should Mr. Yim object to the settlement as well as the effect, if any, of the recent decision in *Marshall v. Deutsche Post DHL*, 2015 WL 5560541 (E.D.N.Y. Sept. 21, 2015).

SO ORDERED

_____/s/_____
JAMES ORENSTEIN
U.S. Magistrate Judge