**LAW OFFICE OF WILLIAM COUDERT RAND**
488 Madison Avenue, Suite 1100
New York, New York 10022
Phone: (212) 286-1425; Fax: (646) 688-3078
Email: wcrand@wcrand.com

<u>VIA ECF</u>

November 16, 2015

Honorable James Orenstein
United States District Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

  Re: **Yim et al. v. Carey Limousine NY, Inc. et al., 14 Civ. 05883 (WFK)(JO)**

Dear Honorable Judge Kuntz:

  I represent Plaintiff Sunhong Yim, who was the Plaintiff who filed the original class action complaint in the above referenced action.  I was retained on November 11, 2015.

  Two named plaintiffs who joined the case since the original complaint was filed (represented by Yim's prior attorney, Bryan Schwartz Law) now have moved for preliminary approval of a class settlement to which Mr. Yim has not agreed and to which he intends to object.

  Accordingly, I am writing to request that the Court adjourn the upcoming status conference scheduled for November 20, 2015 and extend the deadline for Mr. Yim to object to the proposed class settlement for 60 days so that Mr. Yim has time to investigate the proposed settlement, review the documents forming the basis of the settlement, and draft papers objecting to the settlement.   Bryan Schwartz Law has not consented to this request, and Defendants' counsel have not responded to my request for their consent.  This is my first request to adjourn this conference and deadline.  Thank you for your consideration of this request.

                Respectfully,

                s/William C. Rand

                William C. Rand

cc: Via ECF