UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SUNHONG YIM, JOSE ACUNA, AND JAIME
OLARTE, individually and on behalf of all others
similarly situated,

           Plaintiffs,

           -against-

CAREY LIMOUSINE NY, INC.,
CAREY INTERNATIONAL, INC.
And DOES 1 THROUGH 100, Inclusive

           Defendants
------------------------------------------------------------X

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

1:14-cv-05883

TO: Anne Marie Estevez
     Sharon A. Lisitzky
     Morgan, Lewis & Bockius LLP
     200 South Biscayne Boulevard, Suite 5300
     Miami, FL 33131-2339
     aestevez@morganlewis.com
     slisitzky@morganlewis.com

Michael Lasky
Davis &Gilbert LLP
1740 Broadway
New York, NY 10019
mlasky@dglaw.com

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificates of Good Standing annexed thereto we will move this Court pursuant to Rule 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of Logan Starr, a member of the firm of Bryan Schwartz Law and a member in good standing of the Bar of the State of California as attorney pro hac vice to argue or try this case in whole or in part as counsel for plaintiffs Jose Acuna and Jaime Olarte. There are no pending disciplinary proceedings against me on any State or Federal Court.

Dated: 12/31/15

Respectfully submitted,

_____
Logan Starr
Bryan Schwartz Law
1330 Broadway, Ste. 1630
Oakland, CA 94612
logan@bryanschwartzlaw.com
(510) 444-9300