UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SUNHONG YIM, et al.,

                Plaintiffs,

           - against -

CAREY LIMOUSINE NY, INC., et al.,

                Defendants.
------------------------------------------------------------X

ORDER

14-CV-5883 (WFK) (JO)

JAMES ORENSTEIN, Magistrate Judge:

      Attorney Logan Starr, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By February 1, 2016, Mr. Starr shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Mr. Starr shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Mr. Starr shall also ensure that the $150 admission fee be submitted to the Clerk's Office.

      SO ORDERED.

Dated: Brooklyn, New York
       January 25, 2016

                                                    /s/
                                      JAMES ORENSTEIN
                                      U.S. Magistrate Judge