| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |

BEFORE:  JAMES ORENSTEIN               DATE:    2/3/2016
         U.S. MAGISTRATE JUDGE          TIME:    10:30 a.m.

*Sunhong Yim, et al. v. Carey Limousine NY, Inc., et al.*
14-CV-5883 (WFK) (JO)

TYPE OF CONFERENCE:  Status (by telephone)

APPEARANCES:    Settling plaintiffs    Bryan J. Schwartz
                Plaintiff Yim          William C. Rand
                Defendants             Anne-Marie Estevez, Sharon A. Lisitzky

SCHEDULING: There are no further conferences scheduled before me at this time.

SUMMARY: As set forth on the record, I denied plaintiff Yim's request to unseal certain exhibits to the proposed settlement agreement; however, the other parties will on consent disclose those documents to plaintiff Yim subject to a confidentiality agreement. I also denied plaintiff Yim's remaining requests for the production of discovery.

SO ORDERED

　　　　/s/
JAMES ORENSTEIN
U.S. Magistrate Judge